IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ST. LUKE'S HEALTH SYSTEM, LTD. AND ST. LUKE'S REGIONAL MEDICAL CENTER, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY AND DARWIN NATIONAL ASSURANCE COMPANY,<br><br>Defendants. | Case No. 1:14-CV-475-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for judgment on the pleadings filed by St. Luke's (docket no. 19) is GRANTED. Accordingly, the Court finds that (1) Allied has a duty to reimburse all defense costs that St. Luke's incurred prior to and during the appeal of the underlying litigation; (2) Allied has breached its duties under the Policy in failing to reimburse St. Luke's defense costs in the underlying litigation; (3) Exclusion A does not bar coverage for this claim; and (4) Allied is not entitled to reimbursement of the defense costs it previously paid to St. Luke's.

IT IS FURTHER ORDERED, that the motion for judgment on the pleadings filed by Allied (docket no. 24) is DENIED.

IT IS FURTHER ORDERED, that St. Luke's motion for a hearing (docket no. 29) is DENIED.

IT IS FURTHER ORDERED, that the Clerk shall close this case.

DATED: September 4, 2015

B. Lynn Winmill
Chief Judge
United States District Court